**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Farma Sci Life, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **23-10398-EPK** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **February 6, 2023** | X *John Maloney, Jr.* |
| | | Signature of individual signing on behalf of debtor |
| | | **John M. Maloney, Jr.** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

| Fill in this information to identify the case: |
| --- |

Debtor name **Farma Sci Life, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **23-10398-EPK**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $ 679,558.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $ 679,558.02

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 2,000,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 1,118,325.18

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 3,577,454.20

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b                                                                                  $ 6,695,779.38

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Farma Sci Life, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **23-10398-EPK** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **Cogent Bank** | **Operating Account** | **0148** | **$5,737.81** |
| 3.2. **Cogent Bank** | **Escrow Account** | **0965** | **$1,316.74** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $7,054.55
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Prepaid Auto Insurance**    $230.10

Debtor    **Farma Sci Life, Inc.**                                      Case number *(If known)*  **23-10398-EPK**
_____
Name

|  | | |
|---|---|---|
| 7.2. | **Prepaid Fishbowl Software** | **$3,412.88** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.    | **$3,642.98** |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

        11b. Over 90 days old:

| **447,480.68** | - | **171,736.05** | =.... | **$275,744.63** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.      **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$275,744.63** |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership

| 15.1. | **Swiss Relief, Inc.** | **100** % | | **Unknown** |
|---|---|---|---|---|
| 15.2. | **Plus Fore Marketing, Inc.** | **100** % | | **Unknown** |
| 15.3. | **BMH Marketing, Inc.** | **100** % | | **Unknown** |

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.      **Total of Part 4.**

        Add lines 14 through 16.  Copy the total to line 83.    | **$0.00** |

Debtor   **Farma Sci Life, Inc.**                                    Case number *(If known)*  **23-10398-EPK**
         Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory** | | $269,146.97 | | $269,146.97 |

| 23. **Total of Part 5.** | | | | $269,146.97 |
|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** **Gel Cap Machine, Mail Program Operation, Joynas, Ross Mixing - 5yr, 2 sofas, Coffee Table, 3 Sink Setup for ab, White Room for Lab, Down payment paid by JM, Books, Interior Office System 5yr, 72'x36x41 Bowfront Desk w/ Glassw Bxbx File draws, Cube walls for Sales Dept, Walmart TV** | | $55,625.40 | | $55,625.40 |

| Debtor | **Farma Sci Life, Inc.** | Case number *(If known)* | **23-10398-EPK** |
|--------|--------------------------|--------------------------|------------------|
|        | Name                     |                          |                  |

**40.**  **Office fixtures**

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Mac computers (6 yrs), Computers (3 yrs), Apple computer, 5 Computers (5 yrs)** | **$1,193.70** | | **$1,193.70** |
|-----|-----|-----|-----|-----|
| | **Fishbowl ERP System (5 yrs), Scanner, Printer, Fishbowl Software (3 yrs), License, set up/training Pluggin, Check Out License , scanner, cashbox, Quick Books upgrage / Fish bowl, Quick Books upgrage / Fish bowl 2nd user, Sun Packaging Technology (3 yrs)** | **$2,474.79** | | **$2,474.79** |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $59,293.89 |
|---|

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 GMC Yukon - VIN 1GKS2CKJ6FR700012** | **$21,175.00** | | **$21,175.00** |
| 47.2.  **2020 BMW X5 - VIN 5UXCR4C04M9G59840** | **$43,500.00** | | **$43,500.00** |

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Schedule A/B Assets - Real and Personal Property

Debtor   **Farma Sci Life, Inc.**                                    Case number *(If known)* **23-10398-EPK**
         Name

51.  **Total of Part 8.**                                             |  $64,675.00  |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **Trademark** | **Unknown** | | **$0.00** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                          |  $0.00  |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Farma Sci Life, Inc.**
          Name

Case number *(If known)*  **23-10398-EPK**

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Farma Sci Life, Inc.**                                    Case number *(If known)*  **23-10398-EPK**
          Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$7,054.55** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$3,642.98** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$275,744.63** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$269,146.97** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$59,293.89** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$64,675.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$679,558.02** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$679,558.02** |

---

| Fill in this information to identify the case: |
|---|

Debtor name    **Farma Sci Life, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-10398-EPK**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **US Small Business Administration**<br>Creditor's Name<br><br>**200 W. Santa Ana Blvd, Ste 740**<br>**Santa Ana, CA 92701**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 2022**<br>**Last 4 digits of account number**<br>**8206**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br>**SBA Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000,000.00** | **Unknown** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        | **$2,000,000.00** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Small Business Administration**<br>**P.O. Box 3918**<br>**Portland, OR 97208-3918** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Farma Sci Life, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **23-10398-EPK**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Anthony Elias**<br>**15 Tahoe Lane**<br>**Sea Ranch Lakes, FL 33308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,799.90 | $3,799.90 |
| Date or dates debt was incurred<br>**1/2/2023 - 1/15/2023** | Basis for the claim:<br>**Wages Owed** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Caesar Richmond**<br>**518 SW 2nd St**<br>**#7**<br>**Pompano Beach, FL 33060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $664.20 | $664.20 |
| Date or dates debt was incurred<br>**1/2/2023 - 1/15/2023** | Basis for the claim:<br>**Wages Owed** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **Farma Sci Life, Inc.**

Name

Case number (if known)    **23-10398-EPK**

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,476.93** | **$3,476.93** |
|---|---|---|---|---|

**Carol Seidl**
**8 Brompton Lane**
**Boynton Beach, FL 33426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,476.56** | **$1,476.56** |
|---|---|---|---|---|

**Christian Vitagliano**
**4730 N. 31 Ct**
**Hollywood, FL 33021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$515,769.61** | **$15,150.00** |
|---|---|---|---|---|

**Christopher Cowart**
**151 SE 3rd Ave, Suite 317**
**Delray Beach, FL 33483**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021 - 2022**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,615.38** | **$4,615.38** |
|---|---|---|---|---|

**Christopher Cowart**
**151 SE 3rd Ave, Suite 317**
**Delray Beach, FL 33483**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Farma Sci Life, Inc. | | Case number (if known) | 23-10398-EPK |
|---|---|---|---|---|

Name

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00

**Cornelius Rankin**
**33 SE 8th Street**
**Unit 11**
**Boca Raton, FL 33432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,475.56 | $1,475.56

**Daniel Concha**
**6121 NW 42nd Terr**
**Coconut Creek, FL 33073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,452.22 | $5,452.22

**Darin Delia**
**3100 NW 2nd Avenue**
**Boca Raton, FL 33431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00

**Eian Duprey**
**6870 NW 17th Ct**
**Margate, FL 33063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,553.68** | **$2,553.68** |
|---|---|---|---|---|

**Fabrizzio E Charry**
**2216 N Cypress Bend Dr #305**
**Pompano Beach, FL 33069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,281.35** | **$3,281.35** |
|---|---|---|---|---|

**Filipe Miguel Gomes**
**702 N 31st Ave**
**Hollywood, FL 33021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$275.00** | **$275.00** |
|---|---|---|---|---|

**Heidi Decher**
**3721 NE 14th Ave**
**Pompano Beach, FL 33064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Special Procedures**<br>**P.O. Box 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.16 | Priority creditor's name and mailing address<br>**J. Decker Enterprises LLC**<br>**452 NE 32nd St**<br>**Oakland Park, FL 33334** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,180.09** | **$1,180.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2/2023 - 1/15/2023** | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.17 | Priority creditor's name and mailing address<br>**Javier Torres**<br>**1171 SW 11th Street**<br>**Boca Raton, FL 33486** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,545.27** | **$1,545.27** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2/2023 - 1/15/2023** | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.18 | Priority creditor's name and mailing address<br>**John J Maloney**<br>**937 McCleary Street**<br>**Delray Beach, FL 33483** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,615.38** | **$4,615.38** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2/2023 - 1/15/2023** | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | Farma Sci Life, Inc. | | Case number (if known) | 23-10398-EPK |
|---|---|---|---|---|

Name

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536,538.71 | $15,150.00 |
|---|---|---|---|---|

**John M. Maloney, Jr**
**1751 W. Copans Road, Suite 11 &**
**12**
**Pompano Beach, FL 33064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021 - 2022**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.38 | $4,615.38 |
|---|---|---|---|---|

**Joshua P Decker**
**673 NE 3rd Ave #435**
**Fort Lauderdale, FL 33304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,198.88 | $4,198.88 |
|---|---|---|---|---|

**Kyle Cook**
**9 Deer Creek Rd**
**A103**
**Deerfield Beach, FL 33442**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $1,350.00 |
|---|---|---|---|---|

**Latoya Tisdale**
**4750 NW 17th St**
**Lauderhill, FL 33313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,290.71** | **$1,290.71** |
|---|---|---|---|---|

**Marcos Amaro**
**4211 Nw 16 Th Ave**
**Oakland Park, FL 33309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,237.68** | **$5,237.68** |
|---|---|---|---|---|

**Matthew Byrne**
**7928 Ambleside Way**
**Lake Worth, FL 33467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$800.00** |
|---|---|---|---|---|

**Morrington Carter**
**3901 Nw 171st St**
**Miami Gardens, FL 33055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Farma Sci Life, Inc.** | | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.27**

Priority creditor's name and mailing address
**Palm Beach County Tax Collector**
**PO Box 3353**
**West Palm Beach, FL 33402-3353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address
**Patricia N Jacobi Torres**
**370 Lakewood Circle E, Apt A**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,084.28**          **$1,084.28**

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address
**Pauline M Rosell**
**9840 Sheridan St**
**#212**
**Pembroke Pines, FL 33024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$951.15**          **$951.15**

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address
**Ryan De Freitas**
**1981 NE 6th St**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,200.00**          **$1,200.00**

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Farma Sci Life, Inc.** | | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.76 | $464.76 |
|---|---|---|---|---|

**Samuel A Herrera**
**3725 Turtle Run Blvd Apt 323**
**Coral Springs, FL 33067-4247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Sarah Shipp-Silva**
**2408 NW 52nd St**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2023 - 1/15/2023**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Securities and Exchange**
**Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Farma Sci Life, Inc.** | Case number *(if known)* | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|
| | **Terrian J Heck** <br> **4531 NW 33rd St** <br> **Lauderdle Lakes, FL 33319** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **1/2/2023 - 1/15/2023** | Basis for the claim: <br> **Wages Owed** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **United States Attorney General's** <br> **Office** <br> **US Department of Justice** <br> **950 Pennsylvania Avenue** <br> **Washington, DC 20530-0001** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **For Information Purposes** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **US Attorney Southern District of** <br> **Florida** <br> **500 South Australian Avenue** <br> **Suite 400** <br> **West Palm Beach, FL 33401** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **For Information Purposes** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,100.00** | **$2,100.00** |
|---|---|---|---|---|
| | **Yasneyder Almao** <br> **14780 Enclave Lakes Drive** <br> **T3** <br> **Delray Beach, FL 33484** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **1/2/2023 - 1/15/2023** | Basis for the claim: <br> **Wages Owed** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| Debtor | Farma Sci Life, Inc. | Case number (if known) | 23-10398-EPK |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address<br>**Yosef Elias**<br>**2451 NW 41st Ave #209**<br>**Lauderhill, FL 33313** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,312.50 | $1,312.50 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2/2023 - 1/15/2023** | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Abe Wolf**<br>**3101 Intersoll Ave, Suite 300**<br>**Des Moines, IA 50312** | **$50,000.00** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |
| | Basis for the claim: __PPM__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Affmedia ltd**<br>**Yigal Alon St 96**<br>**Tel Aviv, Israel 00678-9140** | **$9,479.49** |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/2022 - 12/2022__ | |
| | Last 4 digits of account number _ | |
| | Basis for the claim: __Affiliate__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Anderson Int'l Group**<br>**6246 Greatwater Dr.**<br>**Windermere, FL 34786** | **$85,357.00** |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2021__ | |
| | Last 4 digits of account number _ | |
| | Basis for the claim: __Vendor__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**BDO Digital**<br>**PO Box 642743**<br>**Pittsburgh, PA 15264-2743** | **$4,075.30** |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/2022 - 12/2022__ | |
| | Last 4 digits of account number __5326__ | |
| | Basis for the claim: __Ops Software__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Blue Fire Protection**<br>**8240 NW 170th Terrace**<br>**Hialeah, FL 33015** | **$149.80** |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/2022__ | |
| | Last 4 digits of account number __8580__ | |
| | Basis for the claim: __Fire Safety__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Farma Sci Life, Inc.** | Case number *(if known)* | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address<br>**Blue Moon Smoke Shop Inc - SAM**<br>**78 Olympia Ave, Woburn, MA 01801**<br>**Woburn, MA 01801**<br><br>Date(s) debt was incurred  **1/2023**<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$47,430.00** |
| **3.7** | Nonpriority creditor's name and mailing address<br>**BMW Financial Services**<br>**P.O. Box 9001065**<br>**Louisville, KY 40290-1065**<br><br>Date(s) debt was incurred  **11/2022 - 1/2023**<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Auto**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,083.16** |
| **3.8** | Nonpriority creditor's name and mailing address<br>**BRMS, LLC**<br>**1575 W Horizon Ridge Pkway**<br>**Henderson, NV 89012**<br><br>Date(s) debt was incurred  **10/2022**<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **N/A**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| **3.9** | Nonpriority creditor's name and mailing address<br>**C. Oregon**<br>**2155 Getty Cir**<br>**Unit 8**<br>** OR 97424-9608**<br><br>Date(s) debt was incurred  **11/2022 - 1/2023**<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,050.01** |
| **3.10** | Nonpriority creditor's name and mailing address<br>**Coastal Waste& Recycling**<br>**1840 NW 33rd Street**<br>**Pompano Beach, FL 33064**<br><br>Date(s) debt was incurred  **12/2022**<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilties**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$308.82** |
| **3.11** | Nonpriority creditor's name and mailing address<br>**Copans 1751, LLC**<br>**3434 SW 24th Ave, Suite A**<br>**Gainesville, FL 32607**<br><br>Date(s) debt was incurred  ____<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  ____<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.12** | Nonpriority creditor's name and mailing address<br>**CRG Labs**<br>**3955 Industrial Way**<br>**Suite A**<br>**Concord, CA 94520**<br><br>Date(s) debt was incurred  **5/2022 - 11/2022**<br><br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,767.54** |

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.93 |
|---|---|---|---|

**Crystal Springs Water**
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/6/2023

Basis for the claim:  Vendor

Last 4 digits of account number  0623

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**David Fleisher**
1351 Fairfax Circle E
Boynton Beach, FL 33436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  PPM

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**David Glassman**
7100 Mandarin Dr
Boca Raton, FL 33433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,114.00 |
|---|---|---|---|

**Delta Hire**
2 S Biscayne Blvd
Suite 2600
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2022 - 10/2022

Basis for the claim:  Recruitment

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,000.00 |
|---|---|---|---|

**Everest Funding Group**
8200 NW 52nd Terrace
2nd Floor
Doral, FL 33166

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/2022

Basis for the claim:  _

Last 4 digits of account number  1043

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.50 |
|---|---|---|---|

**Every Thing Air**
10223 NW 53rd St.
Sunrise, FL 33351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2022 - 11/2022

Basis for the claim:  R & M

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Fabian Basabe**
200 Biscayne Blvd Way
Apt 4305
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  PPM

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Fabian Basabe Sr.**
**PO Box 545961**
**Surfside, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __**PPM**__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,490.00** |
|---|---|---|---|

**FCBI Fund**
**PO Box 161177**
**Altamonte Springs, FL 32716-1177**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2022 - 12/2022__

Basis for the claim: __**Workers Comp**__

Last 4 digits of account number __4920__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,662.72** |
|---|---|---|---|

**Fedex**
**PO Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2022 - 1/2023__

Basis for the claim: __**Shipping**__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,877.72** |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd**
**Ste 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2022 - 12/2022__

Basis for the claim: __**Insurance**__

Last 4 digits of account number __5958__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,052.82** |
|---|---|---|---|

**Forbes Anderson**
**Forbes Anderson**
**400 Main Street East, Suite 110**
**Milton, Ontario, Canada L9T 4X5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2021 - 12/2022__

Basis for the claim: __**Acctg**__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460,360.00** |
|---|---|---|---|

**Fountainhead SBF, LLC**
**3216 West Laske Mary Drive**
**Lake Mary, FL 32746**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2021__

Basis for the claim: __

Last 4 digits of account number __8706__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.80** |
|---|---|---|---|

**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2022__

Basis for the claim: __**Utilities**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Farma Sci Life, Inc. | Case number (if known) | 23-10398-EPK |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Gess Mattingly & Atchison, PSC**
**PSC 201 West Short Street**
**Suite 102**
**Lexington, KY 40507**

Date(s) debt was incurred  **6/2022 - 10/2022**

Last 4 digits of account number  **5036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BK Lawyer - GenCanna**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Globaltranz Enterprises, Inc.**
**PO Box 203285**
**Dallas, TX 75320**

Date(s) debt was incurred  **6/2022**

Last 4 digits of account number  **0568**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation**

Is the claim subject to offset? ■ No ☐ Yes

**$1,355.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Greenberg Traurig**
**401 East Las Olas Boulevard**
**Ste 2000**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred  **6/2022 - 12/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$78,620.15**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Headway Capital**
**175 W Jackson Blvd**
**Suite 1000**
**Chicago, IL 60604**

Date(s) debt was incurred  **11/2021**

Last 4 digits of account number  **8482**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$76,346.31**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**HubSpot CRM**
**25 First St**
**2nd Floor**
**Combridge, MA 02141-1802**

Date(s) debt was incurred  **11/2022 - 1/2023**

Last 4 digits of account number  **6677**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software - Ops**

Is the claim subject to offset? ■ No ☐ Yes

**$6,361.52**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Humana**
**Humana 1100 employers Blvd**
**Green Bay, WI 54344**

Date(s) debt was incurred  **1/2023**

Last 4 digits of account number  **4081**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,615.68**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**isolved Benefit Services**
**15 E Washington St**
**Coldwater, MI 49036**

Date(s) debt was incurred  **4/2022 - 7/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

Debtor   **Farma Sci Life, Inc.**
Name

Case number (if known)   **23-10398-EPK**

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,883.43 |
|------|--------------------------------------------------|------|------|

**ISRAEL FAMILY PARK CENTRAL ONE, LLC**
**1922 NE 149th Street**
**North Miami, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022 - 1/2023**

Basis for the claim:  **Landlord - Admin**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|------|--------------------------------------------------|------|------|

**Jane Castellano**
**3649 Cape Pointe Circle**
**Jupiter, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **PPM**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|------|--------------------------------------------------|------|------|

**John Castellano**
**c/o Natalie and Jacylyn Castellano**
**1755 SE 9th St**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **PPM**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,690.51 |
|------|--------------------------------------------------|------|------|

**Kaufman Rossin & CO**
**3310 Mary Street**
**Ste 501**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2022 - 10/2022**

Basis for the claim:  **Accounting**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,155.60 |
|------|--------------------------------------------------|------|------|

**Liquid Bottles**
**3165 Lakewood Ranch Blvd.**
**Suite 112**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5838**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|------|--------------------------------------------------|------|------|

**Love Bears Group LLC**
**21050 Sheridan Street**
**Pembroke Pines, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|------|--------------------------------------------------|------|------|

**Mary Fanizzi**
**5 Oneida Lane**
**Sea Ranch Lakes, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **PPM**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address
**McRae Law Firm**
5300 West Atlantic Avenue
Suite 412
Delray Beach, FL 33484

Date(s) debt was incurred  **10/2021 - 12/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,081.80**

---

**3.42** | Nonpriority creditor's name and mailing address
**Nature's Way - Creating Better Days**
6520 W Sunrise Blvd
Plantation, FL 33313

Date(s) debt was incurred  **12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,187.50**

---

**3.43** | Nonpriority creditor's name and mailing address
**OGGUSA, Inc.**
f/k/a GenCanna Global USA, Inc.
4274 Colby Road
Winchester, KY 40391

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$788,310.00**

---

**3.44** | Nonpriority creditor's name and mailing address
**Payman Wildflower Group**
16570 Sunset Way
Weston, FL 33326

Date(s) debt was incurred  **9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,554.70**

---

**3.45** | Nonpriority creditor's name and mailing address
**Pearl Funding**
525 Washington Blvd
22nd Floor
Jersey City, NJ 07310

Date(s) debt was incurred  **9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$154,000.00**

---

**3.46** | Nonpriority creditor's name and mailing address
**TD Bank, N.A.**
Two Portland Square
Portland, ME 04112

Date(s) debt was incurred  **5/2020**

Last 4 digits of account number  **7709**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$512,500.00**

---

**3.47** | Nonpriority creditor's name and mailing address
**Tenant Team**
1300 SW 10th Street
Suite 1A
Delray Beach, FL 33444

Date(s) debt was incurred  **5/2022 - 10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **I T Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,925.00**

---

| Debtor | Farma Sci Life, Inc. | Case number (if known) | 23-10398-EPK |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,924.98 |
|---|---|---|---|

**The Easton Group**
**10165 N.W. 19th Street**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021 - 2023**

Basis for the claim:  **Landlord - Shipping**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,731.41 |
|---|---|---|---|

**Truist Bank - Suntrust**
**PO Box 791144**
**Baltimore, MD 21279-1144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022 - 1/2023**

Basis for the claim:  **Auto**

Last 4 digits of account number  **6143**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**William E. Beckham**
**12500 Virtudes St**
**Coral Gables, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PPM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**William E. Beckham**
**12500 Virtudes St**
**Coral Gables, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PPM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Copans 1751, LLC**<br>**CO Krinzman Huss Lubetsky Feldman & Hott**<br>**Alfred I duPont Building**<br>**169 E. Flagler Street, Ste 500**<br>**Miami, FL 33131** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | Line  **2.15**<br><br>☐  Not listed. Explain ____ | __ |
| 4.3 | **OGGUSA, Inc. f/k/a GenCanna Global USA**<br>**James R. Irving**<br>**c/o Dentons Bingham Greenebaum, LLP**<br>**3500 PNC Tower - 101 S. Fifth Street**<br>**Louisville, KY 40202** | Line  **3.43**<br><br>☐  Not listed. Explain ____ | __ |
| 4.4 | **TD Bank, N.A.**<br>**c/o United States Corporation Company**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301** | Line  **3.46**<br><br>☐  Not listed. Explain ____ | __ |

| Debtor | **Farma Sci Life, Inc.** | Case number (if known) | **23-10398-EPK** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **US Small Business Administration**<br>**200 W. Santa Ana Blvd, Ste 740**<br>**Santa Ana, CA 92701** | Line  **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US Small Business Administration**<br>**200 W. Santa Ana Blvd, Ste 740**<br>**Santa Ana, CA 92701** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,118,325.18 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,577,454.20 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,695,779.38 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Farma Sci Life, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **23-10398-EPK**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Suite 11, Suite 12** | |
| State the term remaining  **1 year** | **Copans 1751, LLC** |
| List the contract number of any government contract | **Saul Silber** **3434 SW 24th Ave, Suite A** **Gainesville, FL 32607** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Suite 2410, Suite 2400, Suite 2420B, Suite2600** | |
| State the term remaining  **2 years** | **Israel Family Park Central One, LLC** |
| List the contract number of any government contract | **1922 NE 149th Street** **North Miami, FL 33133** |

| Fill in this information to identify the case: |
|---|

Debtor name **Farma Sci Life, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **23-10398-EPK**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Christopher Cowart | 151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483 | Everest Funding Group | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |
| 2.2 | Christopher Cowart | 151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483 | Pearl Funding | ☐ D ____ ■ E/F __3.45__ ☐ G ____ |
| 2.3 | Christopher Cowart | 151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483 | Headway Capital | ☐ D ____ ■ E/F __3.30__ ☐ G ____ |
| 2.4 | Christopher Cowart | 151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483 | US Small Business Administration | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.5 | John M. Maloney, Jr | 1751 W. Copans Road, Suite 11 & 12 Pompano Beach, FL 33064 | US Small Business Administration | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Farma Sci Life, Inc.** | Case number *(if known)* | **23-10398-EPK** |

▌ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.6 | **Christopher Cowart** | **151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483** | **Copans 1751, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.1** |
| 2.7 | **Christopher Cowart** | **151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483** | **Israel Family Park Central One, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.2** |
| 2.8 | **John M. Maloney, Jr** | **1751 W. Copans Road, Suite 11 & 12 Pompano Beach, FL 33064** | **Copans 1751, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.1** |
| 2.9 | **John M. Maloney, Jr** | **1751 W. Copans Road, Suite 11 & 12 Pompano Beach, FL 33064** | **Israel Family Park Central One, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.2** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Farma Sci Life, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>23-10398-EPK</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$167,865.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,037,186.68** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,122,953.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **Farma Sci Life, Inc.**                                    Case number *(if known)*  **23-10398-EPK**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached Exhibit "A"** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attached Exhibit "B"** | | **Unknown** | |

**5.**  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.**  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7.**  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Barbara Carrington v. Farma Sci Life, Inc. f/k/a BMH Ventures, Inc.** **22-cv-62354-WPD** | **Civil** | **US District Court Southern District of Florida Fort Lauderdale Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Copans 1751, LLC v. BMH Ventures, Inc.** **COCE-23-000540** | **Civil** | **17th Judicial Circuit Broward County Courthouse 201 SE 6th St Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.**  **Assignments and receivership**

| Debtor | **Farma Sci Life, Inc.** | Case number *(if known)* | **23-10398-EPK** |

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Nikki Freed Campaign Read A Thon Charity** | **Political Contribution School Charity** | **10/29/2021** | **$2,550.00** |
| | Recipients relationship to debtor | | | |

---

| **Part 5:** | **Certain Losses** |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Page PA  2385 NW Executive Center Dr  Suite 300  Boca Raton, FL 33431** | **Attorney Fees** | **1/10/23 - $25,000  1/12/23 - $25,000** | **$50,000.00** |
| | Email or website address  **bss@slp.law** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

Debtor    **Farma Sci Life, Inc.**                                                Case number *(if known)*  **23-10398-EPK**

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Farma Sci Life, Inc.**                                              Case number *(if known)*  **23-10398-EPK**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Cogent Bank**<br>**420 S. Orange Ave, Ste 150**<br>**Orlando, FL 32801** | XXXX-0957 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 7/28/2022 | $98.20 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | Farma Sci Life, Inc. | | Case number *(if known)* | 23-10398-EPK |
|---|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Carol Seidl 8 Brompton Lane Boynton Beach, FL 33426 | BMH Ventures in house Controller |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Forbers Anderson 400 Main Street East, Suite 110 Milton, Ontario Canada L9T 4X5 | Outside Canadian Accounts |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | Kaufman Rossin CPA 3310 Mary Street, Ste 501 Miami, FL 33133 | 2018 - 2022: Prepare and file taxes for BMH Ventures and all companies |

| Debtor | Farma Sci Life, Inc. | Case number (if known) | 23-10398-EPK |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | BMH Ventures Shipping Manager | 1/6/2023 | $266,099.71 |
| | Name and address of the person who has possession of inventory records | | |
| | Yasneyder Almao | | |

| | | Date of inventory | Amount |
|---|---|---|---|
| 27.2. | BMH Ventures Shipping Manager | 12/2/2022 | $311,795.48 |
| | Name and address of the person who has possession of inventory records | | |
| | Carol Seidl, Controller Farma Sci Life d/b/a BMH Ventures, Inc. 1100 Park Central Blvd S Pompano Beach, FL 33064 | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John M. Maloney, Jr | 1751 W. Copans Road, Suite 11 & 12 Pompano Beach, FL 33064 | President and CEO | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Christopher Cowart | 151 SE 3rd Ave, Suite 317 Delray Beach, FL 33483 | Officer and Director | January 29, 2016 to January 16, 2023 |

Debtor  **Farma Sci Life, Inc.**                                     Case number *(if known)*  **23-10398-EPK**

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached Exhibit "B"** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2023**

**/s/ John M. Maloney, Jr.**                            **John M. Maloney, Jr.**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# SOFA - #3
# EXHIBIT A

**FARMA SCI LIFE INC**
**DBA BMH VENTURES**
**DISBURSEMENT JOURNAL**
**Nov 19 2022- Jan 18 2023**
**Cogent  Bank Account ▮▮▮ 0148**

| Type | Date | Num | Name | Memo | | Split | Debit | Credit |
|------|------|-----|------|------|---|-------|-------|--------|
| **1086   Cogent -0148** | | | | | | | | |
| Bill Pmt -Check | 11/22/2022 | ccd | Comcast | | 20000 | Accounts Payable | | 550.21 |
| Bill Pmt -Check | 11/22/2022 | CCD | A&M Tape | FB: PO# - 1425531 | 20000 | Accounts Payable | | 569.00 |
| Bill Pmt -Check | 11/28/2022 | CCD | ULINE | 12405117 | 20000 | Accounts Payable | | 1,067.74 |
| Bill Pmt -Check | 11/28/2022 | CCD | UPS | | 20000 | Accounts Payable | | 3,073.29 |
| Bill Pmt -Check | 11/29/2022 | CCD | Crystal Springs | | 20000 | Accounts Payable | | 121.44 |
| Bill Pmt -Check | 11/29/2022 | CCD | Coastal Waste& Recycling | | 20000 | Accounts Payable | | 308.82 |
| Bill Pmt -Check | 11/29/2022 | CCD | Fedex | | 20000 | Accounts Payable | | 368.20 |
| Bill Pmt -Check | 11/29/2022 | CCD | Allstate - American Heritage Life Ins Co | | 20000 | Accounts Payable | | 111.08 |
| Bill Pmt -Check | 11/29/2022 | WIRE | C. Oregon | FB: PO# - 2581 | 20000 | Accounts Payable | | 10,000.00 |
| Bill Pmt -Check | 11/29/2022 | CCD | Liquid Bottles | FB: PO# - 75257 | 20000 | Accounts Payable | | 1,267.20 |
| Bill Pmt -Check | 11/30/2022 | CCD | Lab Alley | FB: PO# - 11/29 | 20000 | Accounts Payable | | 245.43 |
| Bill Pmt -Check | 12/01/2022 | 1761 | ISRAEL FAMILY PARK CENTRAL ONE, LLC | December Rent abatement + Cle | 20000 | Accounts Payable | | 360.00 |
| Bill Pmt -Check | 12/01/2022 | 1762 | ISRAEL FAMILY PARK CENTRAL ONE, LLC | December Rent  +LF   Suite 241 | 20000 | Accounts Payable | | 1,671.73 |
| Bill Pmt -Check | 12/01/2022 | 1763 | ISRAEL FAMILY PARK CENTRAL ONE, LLC | December  2022 Rent and LF  Su | 20000 | Accounts Payable | | 6,629.15 |
| Bill Pmt -Check | 12/01/2022 | 1766 | Payman | FB: PO# - 09-7-2022 | 20000 | Accounts Payable | | 3,000.00 |
| Bill Pmt -Check | 12/01/2022 | CCD | Liquid Bottles | FB: PO# - 75624 | 20000 | Accounts Payable | | 832.00 |
| Bill Pmt -Check | 12/01/2022 | CCD | Ambassador Printing | | 20000 | Accounts Payable | | 872.22 |
| Bill Pmt -Check | 12/01/2022 | 1764 | Nature's Way Creating Better Days Inc. | FB: PO# - 70377 | 20000 | Accounts Payable | | 2,297.50 |
| Bill Pmt -Check | 12/02/2022 | CCD | Lab Alley | FB: PO# - 12/1 | 20000 | Accounts Payable | | 56.23 |
| Bill Pmt -Check | 12/05/2022 | 1769 | SOFA | | 20000 | Accounts Payable | | 3,405.00 |
| Bill Pmt -Check | 12/05/2022 | 1768 | Nature's Way Creating Better Days Inc. | FB: PO# - 71433 | 20000 | Accounts Payable | | 1,870.00 |
| Bill Pmt -Check | 12/07/2022 | CCD | ULINE | 12405117 | 20000 | Accounts Payable | | 763.94 |
| Bill Pmt -Check | 12/07/2022 | CCD | UPS | | 20000 | Accounts Payable | | 744.51 |
| Bill Pmt -Check | 12/07/2022 | 1770 | Mirart | FB: PO# - 12/7/2022 | 20000 | Accounts Payable | | 3,100.00 |
| Bill Pmt -Check | 12/12/2022 | CCD | FPL | | 20000 | Accounts Payable | | 1,323.14 |
| Bill Pmt -Check | 12/12/2022 | CCD | Fedex | | 20000 | Accounts Payable | | 426.04 |
| Bill Pmt -Check | 12/12/2022 | CCD | UPS | | 20000 | Accounts Payable | | 874.09 |
| Bill Pmt -Check | 12/12/2022 | WIRE | C. Oregon | FB: PO# - 2581 | 20000 | Accounts Payable | | 3,500.00 |
| Bill Pmt -Check | 12/13/2022 | CCD | Albanese | FB: PO# - SO22223119 | 20000 | Accounts Payable | | 1,964.66 |
| Bill Pmt -Check | 12/13/2022 | CCD | Weaver Nut Company Inc. | FB: PO# -  NV0278643 | 20000 | Accounts Payable | | 1,538.20 |
| Bill Pmt -Check | 12/14/2022 | CCD | Sun Packaging Technologies Inc | FB: PO# - 11/02/2022 | 20000 | Accounts Payable | | 454.50 |
| Bill Pmt -Check | 12/15/2022 | CCD | Liquid Bottles | FB: PO# - 7612 | 20000 | Accounts Payable | | 974.40 |
| Bill Pmt -Check | 12/15/2022 | CCD | Minuteman | Blue Moon | 20000 | Accounts Payable | | 276.09 |
| Bill Pmt -Check | 12/19/2022 | CCD | FCBI Fund | | 20000 | Accounts Payable | | 424.00 |
| Bill Pmt -Check | 12/19/2022 | CCD | A&M Tape | FB: PO# - 1427258 | 20000 | Accounts Payable | | 1,190.75 |
| Bill Pmt -Check | 12/19/2022 | CCD | Liquid Bottles | FB: PO# - 803 | 20000 | Accounts Payable | | 2,031.76 |
| Bill Pmt -Check | 12/19/2022 | 1781 | Nature's Way Creating Better Days Inc. | 35,00025mg Watermelon Gummi | 20000 | Accounts Payable | | 1,093.75 |
| Bill Pmt -Check | 12/20/2022 | 1782 | AVP Alternative Inc | FB: PO# - 3177 | 20000 | Accounts Payable | | 1,050.00 |
| Bill Pmt -Check | 12/21/2022 | CCD | Gosselin Graphics | FB: PO# - 210739 | 20000 | Accounts Payable | | 137.00 |

| Type | Date | | Name | Memo | Account | | Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 12/22/2022 | CCD | greenrushpackaging | FB: PO# - 98327 | 20000 | Accounts Payable | 744 34 |
| Bill Pmt -Check | 12/23/2022 | CCD | Comcast | | 20000 | Accounts Payable | 550.21 |
| Bill Pmt -Check | 12/27/2022 | CCD | UPS | | 20000 | Accounts Payable | 1,663.02 |
| Bill Pmt -Check | 12/27/2022 | CCD | Fedex | | 20000 | Accounts Payable | 614.47 |
| Bill Pmt -Check | 12/27/2022 | CCD | Crystal Springs | | 20000 | Accounts Payable | 182.42 |
| Bill Pmt -Check | 12/27/2022 | WIRE | C. Oregon | | 20000 | Accounts Payable | 4,050.00 |
| Bill Pmt -Check | 12/27/2022 | 1794 | Nature's Way Creating Better Days Inc. | FB: PO# - Dec - 27-2022 | 20000 | Accounts Payable | 3,600.00 |
| Bill Pmt -Check | 01/04/2023 | 1795 | VCG CUSTOMS,INC | FB: PO# - 1317 | 20000 | Accounts Payable | 372.10 |
| Bill Pmt -Check | 01/09/2023 | CCD | Humana | December  renewal new rates | 20000 | Accounts Payable | 5,615.68 |
| Bill Pmt -Check | 01/10/2023 | 1806 | Blume Hemp | FB: PO# - 110922 | 20000 | Accounts Payable | 350.00 |
| Bill Pmt -Check | 01/10/2023 | 1807 | McRae Law Firm | Blue Moon Hemp | 20000 | Accounts Payable | 2,000.00 |
| Bill Pmt -Check | 01/10/2023 | CCD | Verizon | | 20000 | Accounts Payable | 1,268.72 |
| Bill Pmt -Check | 01/11/2023 | CCD | Lab Alley | FB: PO# - 92029 | 20000 | Accounts Payable | 246.82 |
| Bill Pmt -Check | 01/13/2023 | 1808 | Nature's Way Creating Better Days Inc. | 35,00025mg Watermelon Gummi | 20000 | Accounts Payable | 1,093.75 |
| Bill Pmt -Check | 01/18/2023 | WIRE | CRG Labs (molecule labs) | | 20000 | Accounts Payable | 7,440.08 |
| Bill Pmt -Check | 01/18/2023 | CCD | Executive Label Inc | FB: PO# - 53531 | 20000 | Accounts Payable | 1,558.04 |
| Check | 11/21/2022 | | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 11/21/2022 | | | Flakowitz Bagels | 64300 | Meals and Entertainment | 92.71 |
| Check | 11/21/2022 | | Another Broken Egg Cafe | | 64300 | Meals and Entertainment | 47 00 |
| Check | 11/21/2022 | | Verifypass | | 60000 | Advertising and Promotion | 19.98 |
| Check | 11/21/2022 | | | Cafe Luna Rosa Delray | 64300 | Meals and Entertainment | 63.42 |
| Check | 11/21/2022 | | | Nest Eatery | 64300 | Meals and Entertainment | 30 95 |
| Check | 11/21/2022 | | | Ofsprey Point Golf Course | 64300 | Meals and Entertainment | 68 27 |
| Check | 11/21/2022 | ATM | | | | -SPLIT- | 503.00 |
| Check | 11/21/2022 | | | CANVA Sdney Aus | 61700 | Computer and Internet Expenses | 12.47 |
| Check | 11/21/2022 | | Park App | | 64301 | Travel | 5.50 |
| Check | 11/21/2022 | | Park App | | 64301 | Travel | 16.55 |
| Check | 11/21/2022 | | | Maggianos Boca Raton | 64300 | Meals and Entertainment | 96.24 |
| Check | 11/21/2022 | | | Cracker Barrel | 64300 | Meals and Entertainment | 40.73 |
| Check | 11/21/2022 | | Chase | | 20110 | Credit Card Clearing | 428.00 |
| Check | 11/21/2022 | | CITI CARD | | 20110 | Credit Card Clearing | 684.81 |
| Check | 11/21/2022 | | | CANVA SIDNEY AUST | 61700 | Computer and Internet Expenses | 0.12 |
| Check | 11/22/2022 | | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 11/22/2022 | | | SENDX.IO | 61700 | Computer and Internet Expenses | 0.50 |
| Check | 11/22/2022 | | apple.com | | 61700 | Computer and Internet Expenses | 69 99 |
| Check | 11/22/2022 | WIRE | Paylocity | | 24001 | Payroll Clearing | 15,620 26 |
| Check | 11/23/2022 | | Sunoco | | 60200 | Automobile Expense | 78.87 |
| Check | 11/23/2022 | | HubSpot | | 61701 | IT Services Sales | 150.00 |
| Check | 11/23/2022 | | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 11/23/2022 | | apple.com | | 61700 | Computer and Internet Expenses | 89.99 |
| Check | 11/23/2022 | | ShipStation | | 61702 | IT Services Other | 85.00 |
| Check | 11/23/2022 | WIRE | Paylocity | | 24001 | Payroll Clearing | 43,995.16 |
| Check | 11/25/2022 | 1752 | Anthony Elias | PayrollPE 11/7-11/20/2022 | 24001 | Payroll Clearing | 2,388 65 |
| Check | 11/25/2022 | 1753 | Sarah Shipp. | PayrollPE 11/7-11/20/2022 | 24001 | Payroll Clearing | 1,172 92 |
| Check | 11/25/2022 | | | TINYURL.COM | 61700 | Computer and Internet Expenses | 12.99 |
| Check | 11/25/2022 | | | BITLY.COM | 61700 | Computer and Internet Expenses | 35.00 |

| Type | Date | Name | Memo | Account | Account Name | Amount |
|---|---|---|---|---|---|---|
| Check | 11/25/2022 | american Airlines | | 64301 | Travel | 66.19 |
| Check | 11/25/2022 | american Airlines | | 64301 | Travel | 83.08 |
| Check | 11/25/2022 | GoDaddy | | 61700 | Computer and Internet Expenses | 9.63 |
| Check | 11/25/2022 | Verizon | | 68100 | Telephone Expense | 127.83 |
| Check | 11/25/2022 | Shutterstock | | 60000 | Advertising and Promotion | 99.00 |
| Check | 11/25/2022 ATM | | Circle K | 60200 | Automobile Expense | 15.01 |
| Check | 11/25/2022 ATM | | | -SPLIT- | | 203.50 |
| Check | 11/25/2022 | ORDORO | | 50203 | Shipping Postage | 100.00 |
| Check | 11/25/2022 | ORDORO | | 50203 | Shipping Postage | 100.00 |
| Check | 11/25/2022 | Freemius -Woo Commerce | | 61701 | IT Services Sales | 71.41 |
| Check | 11/25/2022 | Route | | 24500 | Route Shipping Ins. Payable | 32.92 |
| Check | 11/25/2022 | Route | | 24500 | Route Shipping Ins. Payable | 185.81 |
| Check | 11/25/2022 | Paylocity | | 66001 | Processing Fee | 895.02 |
| Check | 11/25/2022 | AmEx | | 20110 | Credit Card Clearing | 1,000.00 |
| Check | 11/28/2022 | ███████ | Commissions11/7-11/20/2022 | 24001 | Payroll Clearing | 276.10 |
| Check | 11/28/2022 | ███████ | Commissions11/7-11/20/2022 | 24001 | Payroll Clearing | 6,928.18 |
| Check | 11/28/2022 | ███████ | Commissions11/7-11/20/2022 | 24001 | Payroll Clearing | 1,444.45 |
| Check | 11/28/2022 | ███████ | Commissions11/7-11/20/2022 | 24001 | Payroll Clearing | 5,107.85 |
| Check | 11/28/2022 | ███████ | Commissions11/7-11/20/2022 | 24001 | Payroll Clearing | 5,752 27 |
| Check | 11/28/2022 | ███████ | | 24001 | Payroll Clearing | 126.75 |
| Check | 11/28/2022 | ███████ | Commission PE 11/7-11/20/2022 | 24001 | Payroll Clearing | 1,437.19 |
| Check | 11/28/2022 | ███████ | Commission PE 11/7-11/20/2022 | 24001 | Payroll Clearing | 864.89 |
| Check | 11/28/2022 | ███████ | Payroll PE 11/7-11/20/2022 | 24001 | Payroll Clearing | 1,246.72 |
| Check | 11/28/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 11/28/2022 | Metorik | | 61701 | IT Services Sales | 100.00 |
| Check | 11/28/2022 | apple.com | | 61700 | Computer and Internet Expenses | 8.99 |
| Check | 11/28/2022 | apple.com | | 61700 | Computer and Internet Expenses | 0.99 |
| Check | 11/28/2022 | apple.com | | 61700 | Computer and Internet Expenses | 49.99 |
| Check | 11/28/2022 | Metorik | | 61701 | IT Services Sales | 1.00 |
| Check | 11/29/2022 1756 | Christopher Cowart- | Reimb for paying Executive Labe | 20110 | Credit Card Clearing | 4,772.40 |
| Check | 11/29/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 11/29/2022 | apple.com | | 61700 | Computer and Internet Expenses | 12.99 |
| Check | 11/29/2022 | Amazon | | 64900 | Office Supplies | 87.33 |
| Check | 11/29/2022 | ORDORO | | 50203 | Shipping Postage | 100.00 |
| Check | 11/29/2022 | ORDORO | | 50203 | Shipping Postage | 100.00 |
| Check | 11/29/2022 | ORDORO | | 50203 | Shipping Postage | 100.00 |
| Check | 11/29/2022 | | SY8 Holiday Palace Ft Laud | 64300 | Meals and Entertainment | 558.37 |
| Check | 11/29/2022 | Home Depot | | 67200 | Repairs and Maintenance | 161.55 |
| Check | 11/29/2022 | ExpressTech Hold Web | | 61700 | Computer and Internet Expenses | 289.00 |
| Check | 11/30/2022 1759 | MB Consulting, LLC | Crystaline Isolate | 12102 | Crystalline- Isolete | 1,750.00 |
| Check | 11/30/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 11/30/2022 | apple.com | | 61700 | Computer and Internet Expenses | 40.97 |
| Check | 11/30/2022 | Amazon | | 64900 | Office Supplies | 46.69 |
| Check | 11/30/2022 | Envato.com | | 60000 | Advertising and Promotion | 26.00 |
| Check | 11/30/2022 | Outsrapper.com | | 11255 | Due From Blue Sinclair Mkg Gp | 100.00 |
| Check | 11/30/2022 WIRE | Shenzhen Moofy Technology CO Limited | | 14050 | Prepaid Inventory | 2,000.00 |

| Check | 12/01/2022 ATM | | | -SPLIT- | | 503.00 |
|-------|------|------|------|------|------|------|
| Check | 12/01/2022 | Beefree.IO | | 61700 | Computer and Internet Expenses | 30.00 |
| Check | 12/01/2022 | ORion | | 60200 | Automobile Expense | 77.71 |
| Check | 12/01/2022 | Google | | 61700 | Computer and Internet Expenses | 2.99 |
| Check | 12/01/2022 WIRE | Paylocity | | 24001 | Payroll Clearing | 17,443.13 |
| Check | 12/01/2022 | Route | | 24500 | Route Shipping  Ins.  Payable | 403.15 |
| Check | 12/02/2022 | Kaycha Holdings L L C | Blue Moon Hemp | 50103 - Product Testing | | 350.00 |
| Check | 12/02/2022 | Kaycha Holdings L L C | Blue Moon Hemp | 50103 - Product Testing | | 700.00 |
| Check | 12/02/2022 | Kaycha Holdings L L C | Blue Moon Hemp | 50103 - Product Testing | | 280.00 |
| Check | 12/02/2022 | ATT | | 68103 | Cellular Services | 104.17 |
| Check | 12/02/2022 | | Tiki Tiki Hollywood FL | 64300 | Meals and Entertainment | 105.29 |
| Check | 12/02/2022 | GoDaddy | | 61700 | Computer and Internet Expenses | 4.99 |
| Check | 12/02/2022 | Mailgun Technologies | | 61700 | Computer and Internet Expenses | 7.12 |
| Check | 12/02/2022 | fiverr | | 61703 | IT Services Marketing | 49.48 |
| Check | 12/02/2022 | Ambassador Printing | | 60000 | Advertising and Promotion | 473.41 |
| Check | 12/02/2022 | Route | | 24500 | Route Shipping  Ins.  Payable | 71.38 |
| Check | 12/05/2022 | fiverr | | 61703 | IT Services Marketing | 49.48 |
| Check | 12/05/2022 | Stamps | | 50203 | Shipping Postage | 17.99 |
| Check | 12/05/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 12/05/2022 | | Olio Delray Beach | 64300 | Meals and Entertainment | 174.45 |
| Check | 12/05/2022 | Restaurant Depot | | 65100 | Office Expense | 651.23 |
| Check | 12/06/2022 | Glyff Agency | | 60000 | Advertising and Promotion | 2,200.00 |
| Check | 12/06/2022 | Lester's Diner | | 64300 | Meals and Entertainment | 57.13 |
| Check | 12/06/2022 | Capital 1st Credit | | 20110 | Credit Card Clearing | 3,000.00 |
| Check | 12/07/2022 | Shell Services | | 60200 | Automobile Expense | 91.27 |
| Check | 12/07/2022 | Stamps | | 50203 | Shipping Postage | 500.00 |
| Check | 12/07/2022 | Lester's Diner | | 64300 | Meals and Entertainment | 47.74 |
| Check | 12/07/2022 WIRE | Paylocity | | 24001 | Payroll Clearing | 43,163.25 |
| Check | 12/08/2022 | Stamps | | 50203 | Shipping Postage | 500.00 |
| Check | 12/08/2022 | ATT | | 68103 | Cellular Services | 821.09 |
| Check | 12/08/2022 | Restaurant Depot | | 65100 | Office Expense | 188.63 |
| Check | 12/08/2022 | Route | | 24500 | Route Shipping  Ins.  Payable | 42.46 |
| Check | 12/08/2022 | Route | | 24500 | Route Shipping  Ins.  Payable | 256.27 |
| Check | 12/09/2022 | ██████████████ | Balance of commissions on PE 1 | 24001 | Payroll Clearing | 318.23 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/20-12/4 | 24001 | Payroll Clearing | 1,221.35 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/20-12/4 | 24001 | Payroll Clearing | 1,441.72 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/20-12/4 | 24001 | Payroll Clearing | 2,446.42 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/21-12/4 | 24001 | Payroll Clearing | 2,674.13 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/21-12/4 | 24001 | Payroll Clearing | 5,191.63 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/21-12/4 | 24001 | Payroll Clearing | 3,844.60 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/21-12/4 | 24001 | Payroll Clearing | 4,568.66 |
| Check | 12/09/2022 | ██████████████ | Commissions on PE 11/21-12/4 | 24001 | Payroll Clearing | 2,627.64 |
| Check | 12/09/2022 | ██████████████ | | 24001 | Payroll Clearing | 1,037.33 |
| Check | 12/09/2022 | Houston's | | 64300 | Meals and Entertainment | 72.46 |
| Check | 12/09/2022 | Shell Services | | 60200 | Automobile Expense | 54.15 |
| Check | 12/09/2022 | Shell Services | | 60200 | Automobile Expense | 92.42 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 12/09/2022 | | Flakowitz Bagels | 64300 | Meals and Entertainment | 74.75 |
| Check | 12/09/2022 | Paylocity | | 66001 | Processing Fee | 1,181.13 |
| Check | 12/12/2022 | COSTCO | | 64900 | Office Supplies | 137.48 |
| Check | 12/12/2022 | First Watch | | 64300 | Meals and Entertainment | 56.42 |
| Check | 12/12/2022 | Stamps | | 50203 | Shipping Postage | 500.00 |
| Check | 12/12/2022 | Sunpass | | 64301 | Travel | 100.00 |
| Check | 12/13/2022 | J Markes | | 64300 | Meals and Entertainment | 90.00 |
| Check | 12/13/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 12/13/2022 | Klaviyo.com | | 61701 | IT Services Sales | 375.00 |
| Check | 12/14/2022 | Lester's Diner | | 64300 | Meals and Entertainment | 52.94 |
| Check | 12/15/2022 | Outsrapper.com | | 11255 | Due  From  Blue Sinclair Mkg Gp | 100.00 |
| Check | 12/15/2022 | Four Color Printing .com | | 60000 | Advertising and Promotion | 137.00 |
| Check | 12/15/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 12/15/2022 | MGT Media | | 60000 | Advertising and Promotion | 750.00 |
| Check | 12/15/2022 | ADobe | | 61700 | Computer and Internet Expenses | 52.99 |
| Check | 12/15/2022 | Help Scout | | 61700 | Computer and Internet Expenses | 100.00 |
| Check | 12/15/2022 | Uber Eats | | 64300 | Meals and Entertainment | 51.97 |
| Check | 12/15/2022 | AmEx | | 20110 | Credit Card Clearing | 1,000.00 |
| Check | 12/15/2022 | AmEx | | 20110 | Credit Card Clearing | 1,000.00 |
| Check | 12/15/2022 | Chase | | 20110 | Credit Card Clearing | 1,513.00 |
| Check | 12/15/2022 | | | 60400 | Bank Service Charges | 300.03 |
| Check | 12/16/2022 | J Markes | | 64300 | Meals and Entertainment | 85.00 |
| Check | 12/16/2022 | 7 Eleven | | 60200 | Automobile Expense | 72.11 |
| Check | 12/16/2022 | Amazon | | 64900 | Office Supplies | 112.23 |
| Check | 12/16/2022 | Square Inc | | 46004 | Refunds | 225.94 |
| Check | 12/16/2022 | Comcast | | 68101 | Fiberoptic Services | 264.23 |
| Check | 12/16/2022 | Florida Depatment of Revenue | | 25500 | *Sales Tax Payable | 809.42 |
| Check | 12/19/2022 | | Kostas Greek Eatery | 64300 | Meals and Entertainment | 160.45 |
| Check | 12/19/2022 | On line lables | | 50101 | Product | 50.22 |
| Check | 12/19/2022 | Klaviyo.com | | 61701 | IT Services Sales | 550.00 |
| Check | 12/19/2022 | Klipfolio | | 61700 | Computer and Internet Expenses | 383.00 |
| Check | 12/19/2022 | Flemings | Flemings 2009 Ft lauderdale | 64300 | Meals and Entertainment | 314.66 |
| Check | 12/19/2022 | Another Broken Egg Cafe | | 64300 | Meals and Entertainment | 34.00 |
| Check | 12/19/2022 | | Boheme Bistro Delray | 64300 | Meals and Entertainment | 121.65 |
| Check | 12/19/2022 | Uber | | 64301 | Travel | 58.22 |
| Check | 12/19/2022 | Uber | | 64301 | Travel | 37.52 |
| Check | 12/19/2022 | | EIG*BLUEHOST.COM | 61700 | Computer and Internet Expenses | 119.40 |
| Check | 12/19/2022 | ORDORO | | 50203 | Shipping Postage | 300.00 |
| Check | 12/19/2022 | DIGIFY>COM | | 61700 | Computer and Internet Expenses | 400.00 |
| Check | 12/19/2022 | Route | | 24500 | Route Shipping  Ins.  Payable | 16.70 |
| Check | 12/19/2022 | Klipfolio | | 61700 | Computer and Internet Expenses | 3.83 |
| Check | 12/20/2022 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 12/20/2022 | Amazon | | 64900 | Office Supplies | 102.58 |
| Check | 12/20/2022 | Lester's Diner | | 64300 | Meals and Entertainment | 50.00 |
| Check | 12/20/2022 | Verifypass | | 60000 | Advertising and Promotion | 19.98 |
| Check | 12/20/2022 WIRE | Paylocity | | 24001 | Payroll Clearing | 11,734.21 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 12/20/2022 | Chase | | 20110 Credit Card Clearing | 428.00 |
| Check | 12/21/2022 | | 17& Dixie  miami | 60200 Automobile Expense | 78.87 |
| Check | 12/21/2022 | Another Broken Egg Cafe | | 64300 Meals and Entertainment | 48.00 |
| Check | 12/22/2022 1792 | Christopher Cowart | PE 12/05-12/18/2022 | 24001 Payroll Clearing | 3,200.37 |
| Check | 12/22/2022 1793 | John Maloney | PE 12/05 - 12/18/2022 | 24001 Payroll Clearing | 3,295.63 |
| Check | 12/22/2022 | Stamps | | 50203 Shipping Postage | 1,000.00 |
| Check | 12/22/2022 ATM | | | -SPLIT- | 503.50 |
| Check | 12/22/2022 | Dropbox | | 61702 IT Services Other | 90.00 |
| Check | 12/22/2022 WIRE | Paylocity | | 24001 Payroll Clearing | 39,559.25 |
| Check | 12/22/2022 | Route | | 24500 Route Shipping  Ins.  Payable | 96.86 |
| Check | 12/22/2022 | Route | | 24500 Route Shipping  Ins.  Payable | 213.32 |
| Check | 12/22/2022 | Deluxe | | 60400 Bank Service Charges | 282.74 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 1,464.83 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 847.74 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 4,581.79 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 189.21 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 1,397.42 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 1,175.94 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 2,001.22 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 4,922.06 |
| Check | 12/23/2022 | | Commissions PE 12/05-12/18/20: | 24001 Payroll Clearing | 193.46 |
| Check | 12/23/2022 | Pattern In The Cloud | | 61703 IT Services Marketing | 126 50 |
| Check | 12/23/2022 | ShipStation | | 61702 IT Services Other | 85.00 |
| Check | 12/23/2022 | Another Broken Egg Cafe | | 64300 Meals and Entertainment | 77.00 |
| Check | 12/23/2022 | HubSpot | | 61701 IT Services Sales | 150.00 |
| Check | 12/23/2022 | Paylocity | | 66001 Processing Fee | 681.02 |
| Check | 12/27/2022 | Another Broken Egg Cafe | | 64300 Meals and Entertainment | 96.60 |
| Check | 12/27/2022 | WP engine | | 61700 Computer and Internet Expenses | 1,200.00 |
| Check | 12/27/2022 | wawa | | 60200 Automobile Expense | 63.58 |
| Check | 12/27/2022 | D RECTCCS.COM | | 11255 Due  From  Blue Sinclair Mkg Gp | 450.00 |
| Check | 12/27/2022 | | Parking | 64301 Travel | 30.27 |
| Check | 12/28/2022 | Stamps | | 50203 Shipping Postage | 1,000.00 |
| Check | 12/28/2022 | ADobe | | 61700 Computer and Internet Expenses | 29.99 |
| Check | 12/28/2022 | ADobe | | 61700 Computer and Internet Expenses | 52.99 |
| Check | 12/28/2022 | Uber Eats | | 64300 Meals and Entertainment | 74.24 |
| Check | 12/28/2022 | ExpressTech Hold Web | | 61700 Computer and Internet Expenses | 289.00 |
| Check | 12/29/2022 | Lester's Diner | | 64300 Meals and Entertainment | 33.54 |
| Check | 12/29/2022 | Stamps | | 50203 Shipping Postage | 500.00 |
| Check | 01/03/2023 | Route | | 24500 Route Shipping  Ins.  Payable | 31.26 |
| Check | 01/03/2023 | Route | | 24500 Route Shipping  Ins.  Payable | 21.26 |
| Check | 01/03/2023 WIRE | Paylocity | | 24001 Payroll Clearing | 11,481.31 |
| Check | 01/03/2023 | Scrapper.com | | 11255 Due  From  Blue Sinclair Mkg Gp | 100.00 |
| Check | 01/03/2023 ATM | | | -SPLIT- | 503.00 |
| Check | 01/03/2023 | ADobe | | 61700 Computer and Internet Expenses | 54.99 |
| Check | 01/03/2023 | On line lables | | 12105 Labels | 246.33 |
| Check | 01/03/2023 | | ROSALITAS TEX MEX GRILL LA | 64300 Meals and Entertainment | 57.08 |

| Check | 01/03/2023 |  | Stamps |  | 50203 | Shipping Postage | 17.99 |
| Check | 01/03/2023 |  | D RECTCCS.COM |  | 11255 | Due From Blue Sinclair Mkg Gp | 250.00 |
| Check | 01/03/2023 |  | Mailgun Technologies |  | 61700 | Computer and Internet Expenses | 5 21 |
| Check | 01/03/2023 |  |  | BOHEME BISTRO DELRAY BEA | 64300 | Meals and Entertainment | 62.43 |
| Check | 01/03/2023 |  | Google |  | 61700 | Computer and Internet Expenses | 2.99 |
| Check | 01/03/2023 |  | Stamps |  | 50203 | Shipping Postage | 100.00 |
| Check | 01/03/2023 |  | Chevron |  | 60200 | Automobile Expense | 72.26 |
| Check | 01/04/2023 1796 |  | VCG CUSTOMS,INC |  | 12105 | Labels | 160.00 |
| Check | 01/04/2023 |  | Paylocity |  | 66001 | Processing Fee | 95.43 |
| Check | 01/04/2023 WIRE |  | Paylocity |  | 24001 | Payroll Clearing | 1,869.37 |
| Check | 01/04/2023 |  |  | GALUPPIS A POMPANO BEACH | 64300 | Meals and Entertainment | 34.91 |
| Check | 01/04/2023 |  |  | TWIN PEAKS CYPRESS CREE I | 64300 | Meals and Entertainment | 73.13 |
| Check | 01/04/2023 |  | Stamps |  | 50203 | Shipping Postage | 1,000.00 |
| Check | 01/05/2023 |  | Doordash |  | 64300 | Meals and Entertainment | 59.09 |
| Check | 01/05/2023 |  | 7 Eleven |  | 60200 | Automobile Expense | 74.64 |
| Check | 01/05/2023 |  | Route |  | 24500 | Route Shipping Ins. Payable | 214.29 |
| Check | 01/05/2023 |  | Stamps |  | 50203 | Shipping Postage | 1,000.00 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 2,549.56 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 1,446.30 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 2,385.43 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 2,294.28 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 2,053.49 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 610.60 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 1,089.62 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 839.14 |
| Check | 01/06/2023 |  | ████████████ | Commissions PE 12/19 - 01/01/2 | 24001 | Payroll Clearing | 1,460.48 |
| Check | 01/06/2023 |  | Paylocity |  | 66001 | Processing Fee | 137.04 |
| Check | 01/06/2023 |  | Route |  | 24500 | Route Shipping Ins. Payable | 14.34 |
| Check | 01/06/2023 WIRE |  | Paylocity |  | 24001 | Payroll Clearing | 41,588.49 |
| Check | 01/09/2023 |  | Sunbiz |  | 68200 | Licenses & Fees | 158.75 |
| Check | 01/09/2023 |  | Sunbiz |  | 68200 | Licenses & Fees | 150.00 |
| Check | 01/09/2023 |  | Metorik |  | 61701 | IT Services Sales | 1.00 |
| Check | 01/09/2023 |  | Amazon |  | 64900 | Office Supplies | 21.76 |
| Check | 01/09/2023 |  | Another Broken Egg Cafe |  | 64300 | Meals and Entertainment | 40.00 |
| Check | 01/09/2023 |  | D RECTCCS.COM |  | 11255 | Due From Blue Sinclair Mkg Gp | 250.00 |
| Check | 01/09/2023 |  |  | PARKBYAPP | 64301 | Travel | 43.30 |
| Check | 01/09/2023 |  | ADobe |  | 61700 | Computer and Internet Expenses | 52.99 |
| Check | 01/09/2023 |  | Uber |  | 64301 | Travel | 83.96 |
| Check | 01/09/2023 |  | Metorik |  | 61701 | IT Services Sales | 100.00 |
| Check | 01/09/2023 |  | Beefree.IO |  | 61700 | Computer and Internet Expenses | 30.00 |
| Check | 01/09/2023 |  | ATT |  | 68103 | Cellular Services | 869.24 |
| Check | 01/09/2023 |  | ADobe |  | 61700 | Computer and Internet Expenses | 29.99 |
| Check | 01/09/2023 |  | SouthWest |  | 64301 | Travel | 5.60 |
| Check | 01/10/2023 1806 |  | MB Consulting, LLC | To CRG | 12102 | Crystalline- Isolete | 2,250.00 |
| Check | 01/10/2023 WIRE |  | Shraiberg Page P.A. |  | 66701 | Professional Fees - Legal | 25,000.00 |
| Check | 01/10/2023 |  | Klaviyo.com |  | 61701 | IT Services Sales | 375.00 |

| Check | 01/10/2023 | | Galuppis | 64300 | Meals and Entertainment | 38.80 |
| Check | 01/10/2023 | | Partmers Petroleum | 60200 | Automobile Expense | 98.76 |
| Check | 01/10/2023 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 01/10/2023 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 01/11/2023 | | Galuppis | 64300 | Meals and Entertainment | 36.51 |
| Check | 01/11/2023 | Sunbiz | | 68200 | Licenses & Fees | 61.25 |
| Check | 01/11/2023 | Sunbiz | | 68200 | Licenses & Fees | 61.25 |
| Check | 01/12/2023 | | parking | 64301 | Travel | 2.30 |
| Check | 01/12/2023 | Route | | 24500 | Route Shipping  Ins.  Payable | 253.86 |
| Check | 01/12/2023 | Route | | 24500 | Route Shipping  Ins.  Payable | 17.16 |
| Check | 01/12/2023 WIRE | Shraiberg Page P.A. | | 66701 | Professional Fees - Legal | 25,000.00 |
| Check | 01/12/2023 | | Galuppis | 64300 | Meals and Entertainment | 42.05 |
| Check | 01/12/2023 | Help Scout | | 61700 | Computer and Internet Expenses | 100.00 |
| Check | 01/12/2023 | Stamps | | 50203 | Shipping Postage | 500.00 |
| Check | 01/12/2023 | Stamps | | 50203 | Shipping Postage | 500.00 |
| Check | 01/13/2023 ATM | | | | -SPLIT- | 503.00 |
| Check | 01/13/2023 | Shell Services | | 60200 | Automobile Expense | 92.51 |
| Check | 01/13/2023 | | Flakowitz Bagels | 64300 | Meals and Entertainment | 47.86 |
| Check | 01/17/2023 | Klipfolio | | 61700 | Computer and Internet Expenses | 3.83 |
| Check | 01/17/2023 | CAPITAL ONE | | 20110 | Credit Card Clearing | 284.00 |
| Check | 01/17/2023 | Comcast | | 68101 | Fiberoptic Services | 280.24 |
| Check | 01/17/2023 | Klaviyo.com | | 61701 | IT Services Sales | 550.00 |
| Check | 01/17/2023 | Stamps | | 50203 | Shipping Postage | 1,000.00 |
| Check | 01/17/2023 | Chevron | | 60200 | Automobile Expense | 74.49 |
| Check | 01/17/2023 | Uber Eats | | 64300 | Meals and Entertainment | 75.55 |
| Check | 01/17/2023 | Dropbox | | 61702 | IT Services Other | 90.00 |
| Check | 01/17/2023 | D RECTCCS.COM | | 11255 | Due  From  Blue Sinclair Mkg Gp | 250.00 |
| Check | 01/17/2023 | DIGIFY>COM | | 61700 | Computer and Internet Expenses | 450.00 |
| Check | 01/17/2023 | Pattern In The Cloud | | 61703 | IT Services Marketing | 126.00 |
| Check | 01/17/2023 | Stamps | | 50203 | Shipping Postage | 100.00 |
| Check | 01/17/2023 | Klipfolio | | 61700 | Computer and Internet Expenses | 383.00 |
| Check | 01/18/2023 | | | 60400 | Bank Service Charges | 398.39 |
| Check | 01/18/2023 | Stamps | | 50203 | Shipping Postage | 500.00 |
| General Journal | 11/25/2022 Accr | | Everest payment | 24916 | Everest Business Funding | 4,251.35 |
| General Journal | 11/25/2022 GL | | Pearl Capital  weekly pmt | 24915 | Pearl Capital | 5,500.00 |
| General Journal | 11/30/2022 Adj | | Headway Capital repayment on d | -SPLIT- | | 5,998.47 |
| General Journal | 12/01/2022 Accr | | Everest payment | 24916 | Everest Business Funding | 4,251 35 |
| General Journal | 12/02/2022 GL | | Pearl Capital  weekly pmt | 24915 | Pearl Capital | 5,500.00 |
| General Journal | 12/09/2022 GL | | Pearl Capital  weekly pmt | 24915 | Pearl Capital | 5,500.00 |
| General Journal | 12/15/2022 Accr | | Everest payment | 24916 | Everest Business Funding | 4,251.35 |
| General Journal | 12/16/2022 GL | | Pearl Capital  weekly pmt | 24915 | Pearl Capital | 5,500.00 |
| General Journal | 12/22/2022 Accr | | Everest payment | 24916 | Everest Business Funding | 2,976.00 |
| General Journal | 12/23/2022 GL | | Pearl Capital  weekly pmt | 24915 | Pearl Capital | 5,500.00 |
| General Journal | 12/29/2022 Accr | | Everest payment | 24916 | Everest Business Funding | 2,976.00 |
| General Journal | 01/08/2023 Accr | | Everest payment | 24916 | Everest Business Funding | 4,251 35 |
| Transfer | 11/23/2022 | | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 27,500 00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Transfer | 11/25/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 10,700 00 | |
| Transfer | 11/28/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 14,000 00 | |
| Transfer | 11/29/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 13,000 00 | |
| Transfer | 11/30/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 20,000 00 | |
| Transfer | 12/01/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 14,000 00 | |
| Transfer | 12/07/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 20,000 00 | |
| Transfer | 12/08/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 10,000 00 | |
| Transfer | 12/09/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 9,000 00 | |
| Transfer | 12/12/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 8,000 00 | |
| Transfer | 12/14/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 17,000 00 | |
| Transfer | 12/15/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 5,000 00 | |
| Transfer | 12/16/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 6,000 00 | |
| Transfer | 12/20/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 10,000 00 | |
| Transfer | 12/22/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 28,500 00 | |
| Transfer | 12/27/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 10,000 00 | |
| Transfer | 12/28/2022 | Funds Transfer | 1091 | Cogent -3464 -Plus Fore | 500 00 | |
| Transfer | 01/03/2023 | Funds Transfer | 1088 | Cogent - 0965 | | 5,000.00 |
| Transfer | 01/03/2023 | Funds Transfer | 1088 | Cogent - 0965 | 1,000 00 | |
| Transfer | 01/04/2023 | Funds Transfer | 1088 | Cogent - 0965 | | 1,000.00 |
| Transfer | 01/06/2023 | Funds Transfer | 1088 | Cogent - 0965 | 17,000 00 | |
| Transfer | 01/10/2023 | Funds Transfer | 1088 | Cogent - 0965 | 1,100 00 | |
| Transfer | 01/12/2023 | Funds Transfer | 1088 | Cogent - 0965 | 10,200 00 | |
| Transfer | 01/13/2023 | Funds Transfer | 1088 | Cogent - 0965 | 1,400 00 | |
| Total 1086 Cogent -0148 | | | | | 253,900 00 | -596,142.03 |
| | | | | | 253,900.00 | 596,142.03 |

FARMA SCI LIFE INC
DBA BMH VENTURES
Payments made to owners / officers
Jan 2022- Jan 18 2023

**SOFA - #4**
**Exhibit B**

John Maloney Jr

| | | | |
|---|---|---|---|
| 1/7/2022 | 12/20/2021 -12/31/2021 | $ | 4,615.38 |
| 1/21/2022 | 01/03/2022 -01/16/2022 | $ | 4,615.38 |
| 2/4/2022 | 01/17/2022-01/30/2022 | $ | 4,615.38 |
| 2/18/2022 | 1/31/2022 -02/13/2022 | $ | 4,615.38 |
| 3/4/2022 | 02/14/2022 -02/27/2022 | $ | 4,615.38 |
| 3/18/2022 | 02/28/2022 -03/13/2022 | $ | 4,615.38 |
| 4/1/2022 | 03/14/2022 -03/27/2022 | $ | 4,615.38 |
| 4/15/2022 | 03/28/2022 -04/10/2022 | $ | 4,615.38 |
| 4/29/2022 | 04/11/2022-04/24/2022 | $ | 4,615.38 |
| 5/13/2022 | 04/25/2022 -05/08/2022 | $ | 4,615.38 |
| 5/27/2022 | 05/09/2022 -05/22/2022 | $ | 4,615.38 |
| 6/10/2022 | 05/23/2022 -06/05/2022 | $ | 4,615.38 |
| 6/24/2022 | 06/06/2022 -06/19/2022 | $ | 4,615.38 |
| 7/8/2022 | 06/20/2022 -07/03/2022 | $ | 4,615.38 |
| 7/22/2022 | 07/04/2022 -07/17/2022 | $ | 4,615.38 |
| 8/5/2022 | 07/18/2022 -07/31/2022 | $ | 4,615.38 |
| 8/19/2022 | 08/01/2022 -08/14/2022 | $ | 4,615.38 |
| 9/2/2022 | 08/15/2022 -08/28/2022 | $ | 4,615.38 |
| 9/6/2022 | 08/29/2022 -09/11/2022 | $ | 4,615.38 |
| 9/30/2022 | 09/11/2022 -09/25/2022 | $ | 4,615.38 |
| 10/28/2022 | 10/10/2022 -10/23/2022 | $ | 4,615.38 |
| 12/9/2022 | 11/21/2022 -12/04/2022 | $ | 2,307.69 |
| 1/6/2023 | 12/19/2022 -01/01/2023 | $ | 4,615.38 |
| 1/20/2023 | 01/02/2023 -01/15/2023 | $ | 4,615.38 |
| | | $ | 108,461.43 |

FARMA SCI LIFE INC
DBA BMH VENTURES
Payments made to owners / officers
Jan 2022- Jan 18 2023

Christopher Cowart

| 1/7/2022 | 12/20/2021 -12/31/2022 | $ | 4,615.38 |
| 1/21/2022 | 01/03/2022 -01/16/2022 | $ | 4,615.38 |
| 2/4/2022 | 01/17/2022-01/30/2022 | $ | 4,615.38 |
| 2/18/2022 | 1/31/2022 -02/13/2022 | $ | 4,615.38 |
| 3/4/2022 | 02/14/2022 -02/27/2022 | $ | 4,615.38 |
| 3/18/2022 | 02/28/2022 -03/13/2022 | $ | 4,615.38 |
| 4/1/2022 | 03/14/2022 -03/27/2022 | $ | 4,615.38 |
| 4/15/2022 | 03/28/2022 -04/10/2022 | $ | 4,615.38 |
| 4/29/2022 | 04/11/2022-04/24/2022 | $ | 4,615.38 |
| 5/13/2022 | 04/25/2022 -05/08/2022 | $ | 4,615.38 |
| 5/27/2022 | 05/09/2022 -05/22/2022 | $ | 4,615.38 |
| 6/10/2022 | 05/23/2022 -06/05/2022 | $ | 4,615.38 |
| 6/24/2022 | 06/06/2022 -06/19/2022 | $ | 4,615.38 |
| 7/8/2022 | 06/20/2022 -07/03/2022 | $ | 4,615.38 |
| 7/22/2022 | 07/04/2022 -07/17/2022 | $ | 4,615.38 |
| 8/5/2022 | 07/18/2022 -07/31/2022 | $ | 4,615.38 |
| 8/19/2022 | 08/01/2022 -08/14/2022 | $ | 4,615.38 |
| 9/2/2022 | 08/15/2022 -08/28/2022 | $ | 4,615.38 |
| 9/30/2022 | 09/11/2022 -09/25/2022 | $ | 4,615.38 |
| 10/14/2022 | 09/26/2022 -10/09/2022 | $ | 4,615.38 |
| 10/28/2022 | 10/10/2022 -10/23/2022 | $ | 4,615.38 |
| 12/9/2022 | 11/21/2022 -12/04/2022 | $ | 2,307.69 |
| 12/23/2022 | 12/05/2022 -12/18/2022 | $ | 4,615.38 |
| 1/6/2023 | 12/19/2022 -01/01/2023 | $ | 4,615.38 |
| 1/20/2023 | 01/02/2023 -01/15/2023 | $ | 4,615.38 |
| | | $ | 113,076.81 |